714

No. 107. BYNUM v. PHILLIPS PETROLEUM Co. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *D. H. Culton* for petitioner. *Rayburn L. Foster, R. B. F. Hummer* and *C. B. Cochran* for respondent.

No. 108. THOMPSON v. GEORGIA. October 14, 1946. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Oliver C. Hancock* for petitioner.

No. 109. MERCHANTS & MANUFACTURERS ASSOCIATION OF LOS ANGELES v. NATIONAL LABOR RELATIONS BOARD. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Henry William Elliott* and *John F. Gilbert* for petitioner. *Solicitor General McGrath, Gerhard P. Van Arkel, Morris P. Glushien* and *Joseph B. Robison* for respondent.

No. 110. CROWHURST ET AL. v. GRASSO. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Clarence Fried* for petitioners. *Abraham J. Isserman* for respondent.

No. 111. TEXAS v. CHUOKE ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Grover Sellers, Attor-*

ney General of Texas, and *Wm. J. Fanning*, Assistant
Attorney General, for petitioner.

No. 113.  LEWELLYN *v.* FLEMING ET AL., TRUSTEES, ET
AL.  October 14, 1946.  Petition for writ of certiorari to
the Circuit Court of Appeals for the Tenth Circuit denied.
*Mark Goode* for petitioner.

No. 116.  WALTON-VIKING Co. *v.* WALTER KIDDE & Co.,
INC.  October 14, 1946.  Petition for writ of certiorari
to the Circuit Court of Appeals for the Eighth Circuit
denied.  *Paul R. Stinson* for petitioner.  *Ludwick Graves*
and *Irvin Fane* for respondent.

No. 117.  WITTER ET AL. *v.* NIKOLAS ET AL.  October 14,
1946.  Petition for writ of certiorari to the Circuit Court
of Appeals for the Seventh Circuit denied.  *Meyer
Abrams* for petitioners.  *Walter E. Wiles* for respondents.

No. 118.  O'NEAL, ADMINISTRATOR, *v.* UNION PRODUC-
ING Co.  October 14, 1946.  Petition for writ of certiorari
to the Circuit Court of Appeals for the Fifth Circuit
denied.  *Gilbert P. Bullis* for petitioner.  *Allan Sholars*
and *Geo. Gunby* for respondent.

No. 120.  BLANCHARD *v.* OOMS, COMMISSIONER OF PAT-
ENTS.  October 14, 1946.  Petition for writ of certiorari